IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL GOLEMAN | : | CIVIL ACTION |
| v. | : | |
| YORK INTERNATIONAL CORP. | : | NO. 11-1328 |

### ORDER RE: MOTION TO DISMISS

AND NOW, on this 3rd day of August, 2011, upon careful consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, and Plaintiff's response thereto, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED that Defendant's Motion to Dismiss (ECF No. 5) is GRANTED. Plaintiff Goleman is granted leave to file an amended complaint within fourteen (14) days of this Order to cure the deficiencies identified in the Memorandum.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J

O:\CIVIL 11-12\11-1328 Goleman v. York\Goleman MTD Order.wpd